UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 25cr493 ECT/DJF |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| v. | ) | |
| | ) | |
| JESUS HERNANDEZ-GARCIA, | ) | |
| a/k/a "Aurelio Hidalgo-Castillo," | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Reentry of Removed Alien)

On or about July 27, 2025, in the State and District of Minnesota, the

defendant,

**JESUS HERNANDEZ-GARCIA,**
a/k/a "Aurelio Hidalgo-Castillo,"

an alien, was found in the United States after having been removed therefrom

on or about on August 22, 2012, March 30, 2016, and April 4, 2016, not having

obtained the express consent of the Attorney General of the United States or

the Secretary of Homeland Security to reapply for admission to the United

States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL


SCANNED
DEC 1 8 2025
U.S. DISTRICT COURT MPLS

_____            _____
UNITED STATES ATTORNEY               FOREPERSON